IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2996-JLK

WAYNE McDONALD,

    Plaintiff,

v.

LESLI BRANCH WISE, in her official capacity as a Denver Police Officer and in her individual capacity,
AMBER MILLER, in her official capacity as the Mayor's Press Secretary and in her individual capacity,
MICHAEL HANCOCK, in his official capacity as Mayor and in his individual capacity,
and
CITY AND COUNTY OF DENVER,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered during the pendency of this case, including the Order Granting Motion to Dismiss - Leslie Branch Wise, entered on May 1, 2013 (Docket No. 21); and the Order on Defendants' Motion to Dismiss entered on May 13, 2013 (Docket No. 22), both by the Honorable Judge John L. Kane, it is hereby

ORDERED that Defendant Wise's Motion to Dismiss (Doc. No. 17) is GRANTED, the claim of defamation against her DISMISSED, and Defendant Wise is DISMISSED from the lawsuit. It is further

ORDERED that, as Plaintiff McDonald fails to state a cognizable claim under 42 U.S.C. § 1983 for a deprivation of any "liberty/property interest" that could be made out on the facts alleged in his Amended Complaint, Defendants' Motion to Dismiss (Doc. No. 14) is GRANTED

and Plaintiff's claims, against each and every Defendant however named, are DISMISSED in their entirety.

Accordingly, final judgment is hereby entered in favor of the defendants and against the plaintiff; and the defendants are AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 upon the filing of a Bill of Costs within fourteen days of entry of judgment.

DATED at Denver, Colorado this 23rd day of May, 2013.

FOR THE COURT,
JEFFREY P. COLWELL, Clerk


By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk